UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| In the matter of | |
|---|---|
| **WILLIAM CRANE** | Case No. **10-50534** |
| **PAULETTE CRANE** | Chapter 7 |
| Debtor(s) | Judge **JOHN E. HOFFMAN** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $465.69 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| US Bank, MA<br>PO Box 5229<br>Cincinnati, OH  45201 | | |
| FIACard Services NA/ Bank of America | 19 | $211.03 |
| By American Infosource LP As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | 23 | $254.66 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:    1/19/2011

/s/ SUSAN L. RHIEL

Susan L. Rhiel

cc: U.S. Trustee